IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 07-40029 |
| Plaintiff, | ) | **MINUTES OF COURT** |
| vs. | ) | DATE: 6/25/2007 |
| TYLER JAMES, | ) | |
| Defendant(s). | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT,  DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

   This matter is before the court for purposes of case management and calendar control.

   It is hereby ORDERED that this matter is set for change of plea on 6/28/2007 at 9:30 a.m. in Benton, IL.




                                        NORBERT G. JAWORSKI, CLERK

                                        By: s/ K. Jane Reynolds
                                        Deputy Clerk